UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

VIVIAN A. OUTLEY,

                                 **Plaintiff,**

                v.                           5:09-CV-141
                                                                  (FJS/VEB)

COMMISSIONER OF SOCIAL SECURITY,

                                 **Defendant.**
_____

**APPEARANCES**                                          **OF COUNSEL**

**LEGAL SERVICES OF**                        **CHRISTOPHER CADIN, ESQ.**
**CENTRAL NEW YORK**
472 South Salina Street, Suite 300
Syracuse, New York 13202
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**      **JENNIFER S. MCMAHON, ESQ.**
**OFFICE OF REGIONAL GENERAL**
**COUNSEL – REGION II**
26 Federal Plaza – Room 3904
New York, New York 10278
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

       Plaintiff commenced this action on February 5, 2009, seeking judicial review of the Commissioner's decision pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3). *See* Dkt. No. 1. In a Report and Recommendation dated August 26, 2010, Magistrate Judge Bianchini recommended that the Court remand this action to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *See* Dkt. No. 18 at 24. Neither party filed any objections to this Report and Recommendation.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Bianchini's August 26, 2010 Report and Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Bianchini's August 26, 2010 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that the Commissioner's decision denying disability benefits is **REVERSED** and this case is **REMANDED** for further proceedings in accordance with the terms set forth in Magistrate Judge Bianchini's August 26, 2010 Report and Recommendation pursuant to sentence four of 42 U.S.C. § 405(g); and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment and close this case.

**IT IS SO ORDERED.**

Dated: September 11, 2010
      Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge